**FRANK THOMAS v. STATE OF FLORIDA**

23 So. (2nd) 724                                            June Term, 1945
November 20, 1945                                       Division A

*C. A. Avriett,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.